IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG CLAY WALKER | : | CIVIL ACTION |
| | : | No. 14-6586 |
| v. | : | |
| | : | |
| SETH WILLIAMS et al. | : | |

**ORDER**

AND NOW, this 17th day of August, 2015, upon consideration of defendant Philadelphia Police Commissioner Ramsey's motion for judgment on the pleadings, which the Court treats as a motion to dismiss (Dkt. No. 6), and plaintiff Craig Clay Walker's responses thereto (Dkt. Nos. 7, 8) and consistent with the accompanying memorandum of law, it is ORDERED that defendant's motion is GRANTED and plaintiff's complaint is DISMISSED with leave to amend to the extent that plaintiff can sufficiently allege a basis for a violation of his right to procedural due process and the defendant's personal involvement.  Plaintiff may file an amended complaint, if any, on or before September 9, 2015.  The Clerk of Court shall mark this case CLOSED for statistical purposes

                                                               *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR., J.